United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30103
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

NATHAN JEROME CAMPBELL,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:03-CR-60046-2
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

    The attorney appointed to represent Nathan Jerome Campbell
on appeal has moved for leave to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Campbell has not responded to counsel's motion.  Our independent
review of the brief and the record discloses no nonfrivolous
issue in this appeal.  Accordingly, the motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See
5TH CIR. R. 42.2.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.